**E-Filing**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| The Living Place | CASE NO. 3:05-cv-03384-MMC |
| Plaintiff(s), | ~~(Proposed)~~ |
| v. | ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| The City of Santa Rosa | |
| Defendant(s). | |

Steven G. Polin, an active member in good standing of the bar of District of Columbia, whose business address and telephone number is 1712 "I" Street, Suite 310, Washington, D.C. 20006 202-331-5848, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiff, The Living Place,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: NOV X 1 2005

_[signature]_
United States District Judge