1  BRIEN J. FARRELL, City Attorney (SBN 088318)
   BRUCE LEAVITT, Special Counsel (SBN 034703)
2  City of Santa Rosa
   100 Santa Rosa Avenue
3  P. O. Box 1678
   Santa Rosa, California 95402
4
   Telephone: (707) 543-3040
5
   Attorneys for Defendant
6  City of Santa Rosa

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 THE LIVING PLACE, a limited liability          CIVIL ACTION NO. C 05 3384 MMC
   corporation,
11                                                STIPULATION AND [PROPOSED]
                  Plaintiff,                      ORDER TO CONTINUE CASE
12                                                MANAGEMENT CONFERENCE
           v.
13
   CITY OF SANTA ROSA, a governmental
14 entity,

15                Defendant.
                                            /
16

17         WHEREAS, this matter is currently set for a Case Management Conference on

18 December 2, 2005; and

19         WHEREAS, attorney for Defendant, Brien J. Farrell, is scheduled to attend a prepaid

20 continuing legal education seminar on December 2, 2005; and

21         WHEREAS, co-counsel for Plaintiff, Steve G. Polin, Esq., has represented to Brien J.

22 Farrell that he will not be participating in the Case Management Conference and that he does not

23 object to a one-week continuance. Plaintiff's attorney, David Grabill, Esq., has represented to

24 the Santa Rosa City Attorney's Office that he is available to attend the Case Management

25 Conference on December 9, 2005.

26         IT IS HEREBY STIPULATED, by and between the parties through their respective

27 attorneys that the Case Management Conference in this matter be continued to December 9,

28

STIPULATION TO CONTINUE
CASE MANAGEMENT CONFERENCE
CASE NO. C 05 3384 MMC                           1

1  2005, at 10:30 a.m. in Courtroom 7, 19th Floor.

2      IT IS FURTHER STIPULATED that the last day to complete initial disclosures or state

3  objection in the Rule 26(f) Report, file and serve the Joint Case Management Statement, and file

4  and serve the Rule 26(f) report be continued to December 2, 2005.

6  Dated: November 18, 2005

                                      Brien J. Farrell, City Attorney
7                                        Attorney for Defendant
                                      CITY OF SANTA ROSA

9  Dated: November 21, 2005

                                      David Grabill
10                                       Attorney for Plaintiff
                                      THE LIVING PLACE

12  [PROPOSED] ORDER

13      Pursuant to the Stipulation above, the Case Management Conference in this matter is

14  continued to December 9, 2005, at 10:30 a.m. in Courtroom 7, 19th Floor. The last day to

15  complete initial disclosures or state objection in the Rule 26(f) Report, file and service the Joint

16  Case Management Statement, and file and serve the Rule 26(f) Report is continued to

17  December 2, 2005.

18      IT IS SO ORDERED

20  Dated: November 29, 2005

                                      UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE
CASE MANAGEMENT CONFERENCE
CASE NO. C 05 3384 MMC                 2