UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**THE LIVING PLACE,** ) C.A. No. 05-cv-3384(MMC)
    **a limited liability corporation,** )
)
                   **Plaintiff,** )
)
                      **v.** )
)
**CITY OF SANTA ROSA,** )
    **a governmental entity,** )
) **ORDER**
                   **Defendant.** )
)

     Upon consideration of the motion of the Plaintiff to extend the deadline for the filing of dispositive motions, the opposition thereto, and the record herein, it it

     ORDER this __20th__ day of September, 2006, that the motion is GRANTED, and it is further ORDERED that all dispositive motions shall be filed no later than September 29, 2006.

                                               _/s/ Maxine M. Chesney_
                                               Maxine M. Chesney
                                               United States District Court

Copies to:  (by electronic service)
David Grabill
1930 Alderbrook Lane
Santa Rosa, CA 95405

Steven G. Polin
3034 Tennyson Street, NW
Washington, D.C. 20015

Brien Farrell
City of Santa Rosa
P. O. Box 1678
Santa Rosa, CA 95402-1678

Bruce Leavitt
City of Santa Rosa
P. O. Box 1678
Santa Rosa, CA 95402-1678