IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE LIVING PLACE,

        Plaintiff,                NO. C-05-3384 MMC

  vs.                               **ORDER AMENDING PRETRIAL PREPARATION ORDER**

CITY OF SANTA ROSA,

        Defendant
_____/

       Based upon the settlement conference proceedings and communications thereon from Magistrate Judge Joseph C. Spero, and at the request of the parties, the Pretrial Preparation Order is hereby amended as follows:

JURY TRIAL DATE: Monday, March 12, 2007, at 9:00 a.m., Courtroom 7, 19th Floor.

PRETRIAL CONFERENCE DATE: Tuesday, February 13, 2007, at 3:00 p.m.

All other provisions of the Pretrial Preparation Order and Pretrial Instructions of the Court in this action shall remain in effect.

DATED: November 17, 2006

                                            MAXINE M. CHESNEY
                                          United States District Judge