1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **THE LIVING PLACE,**<br>    **a limited liability corporation,** | )<br>)<br>) | No. C 05-3384 (MMC) |
| **Plaintiff,** | )<br>) | |
| v. | )<br>) | **ORDER AMENDING**<br>**PRETRIAL PREPARATION** |
| **CITY OF SANTA ROSA,**<br>    **a governmental entity,** | )<br>)<br>) | **ORDER** |
| **Defendant** | ) | |

Based upon the written stipulation of the parties filed herein and good cause appearing:

JURY TRIAL DATE is continued to Monday, May 14, 2007, at 9:00 a.m., Courtroom 7, 19th Floor.

PRETRIAL CONFERENCE DATE is continued to Tuesday, April 17, 2007, at 3:00 p.m.

All other provisions of the prior Pretrial Preparation Order and Pretrial Instructions of the Court in this action shall remain in effect.

Dated: February 12, 2007

_____
MAXINE M. CHESNEY
United States District Judge

[PROPOSED] AMENDMENT TO
PRETRIAL PREPARATION AND
TRIAL ORDER - C 05-3384 (MMC)